## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHINOOK LICENSING DE, LLC,

      Plaintiff,

    v.

PANDORA MEDIA INC.

      Defendant.

C.A. No.14-105-LPS

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Chinook Licensing DE, LLC voluntarily dismisses with prejudice the above-entitled action against Defendant Pandora Media Inc.  This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: April 2, 2014

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Chinook
Licensing DE, LLC*